CO-386-online
10/03

# United States District Court
# For the District of Columbia

Citizens for Responsibility and Ethics )
in Washington )
)
)
                    Plaintiff )
     vs )    Civil Action No._____
)
U.S. Department of Veterans Affairs )
)
)
                  Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for   Citizens for Responsibility and Ethics in Washington   certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of   Citizens for Responsibility and Ethics in Washington   which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_/s/ signature_
Signature

298190
BAR IDENTIFICATION NO.

ANNE L. WEISMANN
Print Name

1400 Eye Street, N.W., Suite 450
Address

Washington, D.C.      20005
City    State    Zip Code

202-408-5565
Phone Number