**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
CITIZENS FOR RESPONSIBILITY AND        :
ETHICS IN WASHINGTON                              :
                                                                          :
        Plaintiff,                                                  :
                                                                          :
    v.                                                                   :   Civil Action No.08-1481 (PLF)
                                                                          :
U.S. DEPARTMENT OF VETERANS        :
AFFAIRS,                                                          :
                                                                          :
        Defendant.                                             :
_____:

**NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFF**
**CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON**

The undersigned Daniel S. Alcorn, Esq. hereby notes his appearance as lead counsel for Plaintiff Citizens for Responsibility and Ethics in Washington in the above-captioned matter.  Counsel's address and contact information is as follows:

> Daniel S. Alcorn
> 9024 Belcourt Castle Place
> Great Falls, Virginia 22066
> Tel. 703-759-2816

Respectfully submitted,

_-s- Daniel S. Alcorn_____
Daniel S. Alcorn
D.C. Bar # 383267
9024 Belcourt Castle Place
Great Falls, VA  22066
(703) 759-2816

## **CERTIFICATE OF SERVICE**

  I hereby certify that on the 29th day of August 2008 I caused the above Notice of Appearance of Counsel to be delivered to defendant by mailing a copy first class mail to government counsel at the following address:

Office of the United States Attorney
for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530

            _____-s- Daniel S. Alcorn_____
               Daniel S. Alcorn